```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 04 B 22594
   KIMBERLY VANETTE ANDERSON
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5363

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.10%.

     The case was paid in full 08/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
UNITED AUTO CREDIT         SECURED            3645.00       244.36        3645.00
UNITED AUTO CREDIT         UNSECURED OTH      2411.53          .00         870.36
CAPITAL ONE BANK           UNSECURED OTH       837.46          .00         302.11
CITY OF CHICAGO PARKING    UNSECURED              .00          .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY      NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED OTH       426.74          .00         154.01
JC CHRISTENSEN & ASSOC     NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED           790.97          .00         285.56
ASSET ACCEPTANCE           NOTICE ONLY      NOT FILED          .00            .00
UNITED AUTO CREDIT         UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED OTH      3578.27          .00        1291.45
CITY OF CHICAGO PARKING    UNSECURED OTH      4215.00          .00        1534.47
DEVON FINANCIAL SERVICES   UNSECURED           228.00          .00          82.31
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                          590.37
DEBTOR REFUND              REFUND                                           186.34

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              11,886.34

PRIORITY                                            .00
SECURED                                        3,645.00
    INTEREST                                     244.36
UNSECURED                                      4,520.27
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                             590.37
DEBTOR REFUND                                    186.34
                     ---------------         ---------------
TOTALS               11,886.34                11,886.34

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22594 KIMBERLY VANETTE ANDERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/14/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |